# United States Bankruptcy Court
## District of Nevada

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Desert Oasis Apartments, LLC** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**N/A** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):  **88-0433777** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**5316 Danville Lane**<br>**Las Vegas, NV**<br>ZIP CODE **89119** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**10181 Park Run Drive**<br>**Suite 200**<br>**Las Vegas, NV**<br>ZIP CODE **89145** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

### Type of Debtor (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.) _____

### Nature of Business (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

### Tax-Exempt Entity (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

**Check all applicable boxes**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Desert Oasis Apartments, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** **Not Applicable** <br>Signature of Attorney for Debtor(s)            Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Desert Oasis Apartments, LLC** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **Not Applicable**<br>    Signature of Debtor<br><br>X **Not Applicable**<br>    Signature of Joint Debtor<br><br>    Telephone Number (If not represented by attorney)<br><br>    Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐    I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐    Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X **Not Applicable**<br>(Signature of Foreign Representative)<br><br>(Printed Name of Foreign Representative)<br><br>Date |
| **Signature of Attorney**<br><br>X **/s/ Lenard E. Schwartzer**<br>   Signature of Attorney for Debtor(s)<br><br>**Lenard E. Schwartzer, Esq. Bar No. 0399**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Schwartzer & McPherson Law Firm**<br>Firm Name<br><br>**2850 South Jones Boulevard, Suite 1 Las Vegas, NV 89146**<br>Address<br><br>**702-228-7590**      **702-892-0122**<br>Telephone Number<br><br>**5/10/2011**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br><br>X **Not Applicable**<br><br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ David Gaffin**<br>   Signature of Authorized Individual<br><br>**David Gaffin**<br>Printed Name of Authorized Individual<br><br>**Manager**<br>Title of Authorized Individual<br><br>**5/10/2011**<br>Date | |

## CERTIFICATE OF RESOLUTION

David Gaffin and Howard Bulloch (the "Managers"), Managers of **DESERT OASIS APARTMENTS, LLC** (the "Corporation"), do hereby certify that at a meeting of the Managers of the Corporation, the meeting having been duly called and held on the 9th day of May, 2011, the following Resolutions were adopted and recorded in the minute book of the Corporation, and they have not been modified or rescinded, and are still in full force and effect:

> "RESOLVED, that in the judgment of the Managers, it is desirable and in the best interests of the Corporation, its creditors, partners and other interested parties, that a petition be filed by the Corporation seeking relief under the provisions of Chapter 11 of the United States Code (the "Bankruptcy Code"); and it is

> "RESOLVED, that the form of Chapter 11 petition presented to this meeting, be, and the same hereby is approved and adopted in all respects, and that David Gaffin be, and hereby is, authorized and directed, on behalf of and in the name of the Corporation, to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the District of Nevada, at such time as Managers shall determine; and it is further

> "RESOLVED, that David Gaffin be, and hereby is authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which he may deem necessary or proper in connection with the Chapter 11 case, and in that connection to retain and employ the Schwartzer & McPherson Law Firm to assist in all respects with a view to the successful prosecution of the Chapter 11 case."

IN WITNESS WHEREOF, I have hereunto set my hand on the 9th day of May, 2011.

Signed: _/s/ David Gaffin_
David Gaffin

Signed: _/s/ Howard Bulloch_
Howard Bulloch

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re __Desert Oasis Apartments, LLC__ ,    Case No. _____
                          Debtor           Chapter __11__

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Infiniti Services, LLC<br>3888 W. Sahara #72<br>Las Vegas, NV 89102 | | Trade debt | | $7,500.00 |
| For Rent Magazine<br>75 Remittance Drive<br>#1705<br>Chicago, IL 60675-1705 | | Trade debt | | $3,494.70 |
| Westcorp Management Group<br>630 Trade Center Drive<br>Suite 200<br>Las Vegas, NV 89119 | | Trade debt | | $3,320.74 |
| Solar Contract Carpet<br>4280 Wagon Trail<br>Suite C<br>Las Vegas, NV 89118 | | Trade debt | | $3,292.50 |
| Frazee Paint & Wallcoverings<br>Dept #2510<br>Los Angeles CA 90084 | | Trade debt | | $1,839.25 |
| Cardinal Air Heating &<br>Air Conditioning<br>9554 Grapeland Ave<br>Las Vegas NV 89148 | | Trade debt | | $1,303.40 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Desert Oasis Apartments, LLC** , Case No. _____
                           Debtor                     Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| HD Supply Facilities<br>PO Box 509058<br>San Diego, CA 92150 | | Trade debt | | $1,284.79 |
| Westside Pool, Inc.<br>2961 Desert Zinnia Lane<br>Las Vegas, NV 89135-2052 | | Trade debt | | $1.025.46 |
| RealPage, Inc.<br>PO Box 671777<br>Dallas, TX 75267-1777 | | Trade debt | | $1,005.88 |
| Peter Liotta<br>5412 Danville Lane<br>Unit F<br>Las Vegas, NV 89119 | | Tenant deposit | | $725.00 |
| Tad Theobald<br>5364 Danville Lane<br>Unit D<br>Las Vegas, NV 89119 | | Tenant deposit | | $685.00 |
| Tom Collins<br>5399 Bethel<br>Unit A<br>Las Vegas, NV 89119 | | Tenant deposit | | $685.00 |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re **Desert Oasis Apartments, LLC**, Case No. _____
                      Debtor                    Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| George Erwin<br>5399 Bethel<br>Unit F<br>Las Vegas, NV 89119 | | Tenant deposit | | $685.00 |
| Zach Ingram<br>5319 Bethel<br>Unit H<br>Las Vegas, NV 89119 | | Tenant deposit | | $625.00 |
| Criterion Brock<br>PO Box 22107<br>Milwaukie, OR 97269 | | Trade debt | | $600.05 |
| Uncle Bob's Carpet Care<br>2756 N Green Valley Pkwy<br>Suite 441<br>Henderson, NV 89114 | | Trade debt | | $570.00 |
| Orpha Rauff<br>5428 Danville Lane<br>Unit D<br>Las Vegas, NV 89119 | | Tenant deposit | | $515.00 |
| Thomas Trumet<br>5444 Danville Lane<br>Unit G<br>Las Vegas, NV 89119 | | Tenant deposit | | $515.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Desert Oasis Apartments, LLC** , Case No. _____

Debtor

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Stephen Christopher**<br>**5335 Bethel**<br>**Unit B**<br>**Las Vegas, NV 89119** | | Tenant deposit | | $515.00 |
| **Sidney Williams**<br>**5319 Bethel**<br>**Unit C**<br>**Las Vegas, NV 89119** | | Tenant deposit | | $515.00 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, David Gaffin, Manager of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **5/10/2011**                            Signature: **/s/ David Gaffin**

**David Gaffin ,Manager**
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

**Desert Oasis Apartments, LLC**

Debtor(s).

Bankruptcy No.:

Chapter     **11**

VERIFICATION OF CREDITOR MATRIX

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **5/10/2011**

Signature **/s/ David Gaffin**
          **David Gaffin**

vercredmatrix.wpd rev. 4/12/07

| | | |
|---|---|---|
| DESERT OASIS APARTMENTS,<br>10181 PARK RUN DRIVE<br>SUITE 200<br>LAS VEGAS, NV 89145 | LENARD E. SCHWARTZER, ES<br>SCHWARTZER & MCPHERSON L<br>2850 SOUTH JONES BOULEVA<br>LAS VEGAS, NV  89146 | CHEROKEE BLIND & DOOR, I<br>4350 S ARVILLE ST<br>SUITE C-21<br>LAS VEGAS, NV 89103 |
| CRITERION BROCK<br>PO BOX 22107<br>MILWAUKIE, OR 97269 | FOR RENT MAGAZINE<br>75 REMITTANCE DRIVE<br>#1705<br>CHICAGO, IL 60675-1705 | FRAZEE PAINT & WALLCOVER<br>DEPT #2510<br>LOS ANGELES CA 90084 |
| HD SUPPLY FACILITIES<br>PO BOX 509058<br>SAN DIEGO, CA 92150 | INFINITI SERVICES, LLC<br>3888 W. SAHARA #72<br>LAS VEGAS, NV 89102 | J & K CONSULTANTS, INC<br>6511 W EL CAMPO GRANDE<br>LAS VEGAS, NV 89130 |
| LESLIE'S POOLMART<br>PO BOX 501162<br>ST LOUIS, MO 63150 | SOLAR CONTRACT CARPET<br>4280 WAGON TRAIL<br>SUITE C<br>LAS VEGAS, NV 89118 | SOUTHWEST PEST CONTROL<br>PO BOX 621224<br>LAS VEGAS, NV 89162 |
| UNCLE BOB'S CARPET CARE<br>2756 N GREEN VALLEY PKWY<br>SUITE 441<br>HENDERSON, NV 89114 | VELOCITY<br>C/O REALPAGE<br>PO BOX 671622<br>DALLAS, TX 75267 | WESTSIDE POOL, INC.<br>2961 DESERT ZINNIA LANE<br>LAS VEGAS, NV 89135-2052 |
| AARON GILSON<br>5383 BETHEL<br>UNIT D<br>LAS VEGAS, NV 89119 | ALFREDO DELOS ANGELES<br>5351 BETHEL<br>UNIT B<br>LAS VEGAS, NV 89119 | ALMA AGUILAR<br>5348 DANVILLE LANE<br>UNIT C<br>LAS VEGAS, NV 89119 |
| ANTHONY BENOIT<br>5383 BETHEL<br>UNIT E<br>LAS VEGAS, NV 89119 | BRIAN & MICHAEL GOUBEAUX<br>5317 BETHEL<br>UNIT B<br>LAS VEGAS, NV 89119 | CALVIN KING<br>5383 BETHEL<br>UNIT C<br>LAS VEGAS, NV 89119 |
| CARDINAL AIR HEATING &<br>AIR CONDITIONING<br>9554 GRAPELAND AVE<br>LAS VEGAS NV 89148 | CARL JOSEPHSON<br>5383 BETHEL<br>UNIT A<br>LAS VEGAS, NV 89119 | CHRISTENSEN LAW OFFICES<br>1000 S. VALLEY VIEW BLVD<br>LAS VEGAS, NV 89109 |
| CIARAN SHEEHAN<br>5335 BETHEL<br>UNIT H<br>LAS VEGAS, NV 89119 | CIARAN SHEEHAN<br>5428 DANVILLE LANE<br>UNIT H<br>LAS VEGAS, NV 89119 | CLARK COUNTY ASSESSOR<br>C/O BANKRUPTCY CLERK<br>500 S GRAND CENTRAL PKWY<br>BOX 551401<br>LAS VEGAS NV 89155-1401 |
| CLARK COUNTY TREASURER<br>C/O BANKRUPTCY CLERK<br>500 S GRAND CENTRAL PKWY<br>BOX 551220<br>LAS VEGAS NV 89155-1220 | DAVID GAFFIN<br>10181 PARK RUN DRIVE<br>SUITE 200<br>LAS VEGAS NV 89145 | DE LAGE LANDEN FINANCIAL<br>PO BOX 41602<br>PHILADELPHIA, PA 19101 |

```
DEPT OF EMPLOYMENT,              DORIS BARR                      EDDIE CONTRERAS
TRAINING & REHAB                 5396 DANVILLE LANE              5367 BETHEL
EMPLOYMENT SECURITY DIV          UNIT A                          UNIT E
500 EAST THIRD STREET            LAS VEGAS, NV 89119             LAS VEGAS, NV 89119
CARSON CITY NV 89713


ELLIPSE COMMUNICATIONS,          FELICIANO PINA                  FLAVIO GONZALEZ-BARAHONA
PO BOX 801814                    5444 DANVILLE LANE              5399 BETHEL
DALLAS, TX 75380                 UNIT D                          UNIT E
                                 LAS VEGAS, NV 89119             LAS VEGAS, NV 89119


FRANCISCO FLORES                 GARY HAUSSNER                   GEORGE ERWIN
5351 BETHEL                      5428 DANVILLE LANE              5399 BETHEL
UNIT G                           UNIT A                          UNIT F
LAS VEGAS, NV 89119              LAS VEGAS, NV 89119             LAS VEGAS, NV 89119


GISELLE RIRINCA                  GLENN ORCHARD                   GLORIA VAZQUEZ
5316 DANVILLE LANE               5396 DANVILLE LANE              5399 BETHEL
UNIT B                           UNIT H                          UNIT G
LAS VEGAS, NV 89119              LAS VEGAS, NV 89119             LAS VEGAS, NV 89119


HOWARD BULLOCH                   INTERNAL REVENUE SERVICE        JACK GRAGE
10181 PARK RUN DRIVE             P.O. BOX 7346                   5367 BETHEL
SUITE 200                        PHILADELPHIA PA 19101-73        UNIT G
LAS VEGAS, NV 89145                                              LAS VEGAS, NV 89119


JAMES SAMANIEGO                  JEANNIE NORTON                  JEFFREY SCHACKEL
5428 DANVILLE LANE               5399 BETHEL                     5444 DANVILLE LANE
UNIT G                           UNIT C                          UNIT H
LAS VEGAS, NV 89119              LAS VEGAS, NV 89119             LAS VEGAS, NV 89119


JEREL JACOBS                     JOHN MARCKESANO                 JOHN ROLLA
5335 BETHEL                      5332 DANVILLE LANE              5332 DANVILLE LANE
UNIT C                           UNIT B                          UNIT H
LAS VEGAS, NV 89119              LAS VEGAS, NV 89119             LAS VEGAS, NV 89119


JOHN SILVA                       JUAN GUTIERREZ                  JUAN HERRERA-GUZMAN
5396 DANVILLE LANE               5351 BETHEL                     5412 DANVILLE LANE
UNIT C                           UNIT C                          UNIT H
LAS VEGAS, NV 89119              LAS VEGAS, NV 89119             LAS VEGAS, NV 89119


KEVIN CASEY                      KRISTEN BENNETT                 LAZARO AYALA
5316 DANVILLE LANE               5319 BETHEL                     5412 DANVILLE LANE
UNIT D                           UNIT D                          UNIT G
LAS VEGAS, NV 89119              LAS VEGAS, NV 89119             LAS VEGAS, NV 89119


LIDIA D'NAVA                     LOREE ITUARTE                   LYNN MUSSELMAN
5351 BETHEL                      5380 DANVILLE LANE              5317 BETHEL
UNIT A                           UNIT F                          UNIT E
LAS VEGAS, NV 89119              LAS VEGAS, NV 89119             LAS VEGAS, NV 89119
```

| | | |
|---|---|---|
| MARIA DE LA TORRE<br>5319 BETHEL<br>UNIT F<br>LAS VEGAS, NV 89119 | MARIA SALGUERO<br>5367 BETHEL<br>UNIT D<br>LAS VEGAS, NV 89119 | MARY LOU TAPAT<br>5380 DANVILLE LANE<br>UNIT C<br>LAS VEGAS, NV 89119 |
| MICHAEL LATINO<br>5428 DANVILLE LANE<br>UNIT B<br>LAS VEGAS, NV 89119 | MIDLAND LOAN SERVICES<br>PO BOX 25965<br>SHAWNEE MISSION, KS<br>66225-5965 | MIKE VANDEVER<br>5383 BETHEL<br>UNIT B<br>LAS VEGAS, NV 89119 |
| NEVADA DEPT OF TAXATION<br>BANKRUPTCY SECTION<br>555 E. WASHINGTON AVE<br>SUITE 1300<br>LAS VEGAS NV 89101 | NOEL AMBION<br>5380 DANVILLE LANE<br>UNIT G<br>LAS VEGAS, NV 89119 | ORPHA RAUFF<br>5428 DANVILLE LANE<br>UNIT D<br>LAS VEGAS, NV 89119 |
| PABLO MILIAN-COMPTIS<br>5316 DANVILLE LANE<br>UNIT F<br>LAS VEGAS, NV 89119 | PETER LIOTTA<br>5412 DANVILLE LANE<br>UNIT F<br>LAS VEGAS, NV 89119 | PRIME HEATING & A/C, INC<br>4870 CECILE AVENUE<br>LAS VEGAS, NV 89115 |
| REALPAGE, INC.<br>PO BOX 671777<br>DALLAS, TX 75267-1777 | RENATO VARIAS<br>5396 DANVILLE LANE<br>UNIT B<br>LAS VEGAS, NV 89119 | RICHARD DELGUDICE<br>5316 DANVILLE LANE<br>UNIT E<br>LAS VEGAS, NV 89119 |
| RICHARD REID<br>5380 DANVILLE LANE<br>UNIT B<br>LAS VEGAS, NV 89119 | ROBERT FITZGERALD<br>5317 DANVILLE LANE<br>UNIT A<br>LAS VEGAS, NV 89119 | SIDNEY WILLIAMS<br>5319 BETHEL<br>UNIT C<br>LAS VEGAS, NV 89119 |
| SOCORRO ALLSHOUSE<br>5351 BETHEL<br>UNIT D<br>LAS VEGAS, NV 89119 | SONNY PENALOSA<br>5367 BETHEL<br>UNIT B<br>LAS VEGAS, NV 89119 | STATE OF NEVADA DEPT<br> OF MOTOR VEHICLES<br>ATTN: LEGAL DIVISION<br>555 WRIGHT WAY<br>CARSON CITY NV 89711 |
| STEPHANIE PERKINS<br>4444 DANVILLE LANE<br>UNIT B<br>LAS VEGAS, NV 89119 | STEPHEN CHRISTOPHER<br>5335 BETHEL<br>UNIT B<br>LAS VEGAS, NV 89119 | SUPAN GRUMM<br>5380 DANVILLE LANE<br>UNIT A<br>LAS VEGAS, NV 89119 |
| SUSIE DULANEY<br>5319 BETHEL<br>UNIT G<br>LAS VEGAS, NV 89119 | TAD THEOBALD<br>5364 DANVILLE LANE<br>UNIT D<br>LAS VEGAS, NV 89119 | THOMAS ROSSINO<br>5335 BETHEL<br>UNIT G<br>LAS VEGAS, NV 89119 |
| THOMAS TRUMET<br>5444 DANVILLE LANE<br>UNIT G<br>LAS VEGAS, NV 89119 | TOM COLLINS<br>5399 BETHEL<br>UNIT A<br>LAS VEGAS, NV 89119 | WALTER PAQUIN<br>5383 BETHEL<br>UNIT G<br>LAS VEGAS, NV 89119 |

```
WELLS FARGO BANK, N.A.,            WESTCORP MANAGEMENT GROU          WILLIAM MORREILL
C/O REBECCA MILTENBERGER           630 TRADE CENTER DRIVE            5364 DANVILLE LANE
BROWNSTEIN HYATT FARBER            SUITE 200                         UNIT B
100 N CITY PKWY., #1600            LAS VEGAS, NV 89119               LAS VEGAS, NV 89119
LAS VEGAS NV 89106-4614

ZACH INGRAM                        ZORICA LEVARDA
5319 BETHEL                        5335 BETHEL
UNIT H                             UNIT F
LAS VEGAS, NV 89119                LAS VEGAS, NV 89119
```