

**Entered on Docket
September 06, 2011**

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

Lenard E. Schwartzer, Esq.
Nevada Bar No. 0399
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
Email: bkfilings@s-mlaw.com
*Attorneys for Debtor and Debtor In Possession*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>**DESERT OASIS APARTMENTS, LLC,**<br><br>Debtor. | Case No. BK-S-11-17208-BAM<br>Chapter 11<br><br>Hearing Date:   August 23, 2011<br>Hearing Time:   10:00 a.m. |

**ORDER: (1) APPROVING ADEQUACY OF DISCLOSURES IN PROPOSED DISCLOSURE STATEMENT AND (2) SETTING A CONFIRMATION HEARING AND DEADLINES FOR BALLOTING AND OPPOSITIONS TO CONFIRMATION**

The Motion For Order: (1) Approving Adequacy Of Disclosures In Proposed Disclosure Statement, And (2) Setting a Confirmation Hearing, Record Date and Deadlines For Balloting And Opposition to Confirmation (the "Motion") having come before this court after notice as required by law; Debtor Desert Oasis Apartments, LLC appearing by and through its counsel Lenard E. Schwartzer, Esq. of the Schwartzer & McPherson Law Firm, other appearances having been noted on the record; the Court having considered the papers on file and the arguments made by counsel, the Amended Plan of Reorganization [Docket No. 89] (the "Plan") and the Disclosure Statement to Amended Plan of Reorganization [Docket No. 97] (the "Disclosure Statement") and making its findings on the record, it is

1    **ORDERED** as followed:

2        a.    the Disclosure Statement is approved;

3        b.    a copy of the Disclosure Statement as amended (together with the Plan attached thereto), a ballot, this Order and a Notice of Hearing shall be mailed to all creditors within 10 days from the entry of this order;

        c.    a ballot substantially in the form of Official Form No. 14 is authorized;

        d.    the confirmation hearing is set for **December 2, 2011 at 9:30 a.m. and December 16, 2011 at 9:30 a.m.**;

        e.    the record date for claims and equity interests is the date of the hearing of this motion: **August 23, 2011**;

        f.    all parties intending to introduce expert testimony at the confirmation hearing shall exchange their expert's reports (including those regarding value of the property of the estate and the appropriate interest to be allowed) on **September 30, 2011;**

        g.    all parties intending to introduce expert testimony at the confirmation hearing shall make their experts available for examination under oath between **September 22, 2011 and October 25, 2011;**

        h.    the deadline for filing of ballots shall be **October 19, 2011**;

        i.    the deadline for filing the ballot summary and a memorandum in support of confirmation shall be **October 26, 2011**;

        j.    the deadline for filing objections to confirmation shall be **November 9, 2011**; and

        k.    the deadline for filing a reply memorandum in support of confirmation shall be **November 23, 2011**.

Prepared by:

  /s/   Lenard E. Schwartzer
Lenard E. Schwartzer, Esq.
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
*Attorneys for Debtors and Debtors in Possession*

| | |
|---|---|
| ☒ Approved / Disapproved | ☒ Approved / Disapproved |
| /s/  Jeffrey S. Rugg | /s/  Louis M. Bubala |
| Jeffrey S. Rugg, Esq. | Louis M. Bubala, Esq. |
| Julia Brand, Esq. | Armstrong Teasdale LLP |
| Brownstein Hyatt Farber Schreck, LLP | 50 West Liberty Street, Suite 950 |
| 100 North City Parkway, Suite 1600 | Reno, NV 89501 |
| Las Vegas, NV 89106-4614 | *Attorneys for Tom Gonzales* |
| *Attorneys for CT Investment Management Co., LLC in its capacity as Special Servicer to Wells Fargo Bank, N.A.* | |

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

____  The court has waived the requirement set forth in LR 9021 (b)(1).

____  No party appeared at the hearing or filed an objection to the motion.

  X   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

____  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

  /s/  Lenard E. Schwartzer
Lenard E. Schwartzer, Esq.

### # # #

Desert Oasis Apartments/ ORDER APPROVING DISCLOSURE STATEMENT